THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Juan Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00188-GEB |
| Plaintiff, | STIPULATION AND ] ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| JUAN GABRIEL ALVAREZ, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for June 15, 2012 at 9:00 a.m. is continued to August 10, 2012 at 9:00 a.m. in the same courtroom. Michael M. Beckwith, Assistant United States Attorney, and Thomas A. Johnson, attorney for Juan Alvarez, are requesting a continuance in order to continue review of discovery and for preparation of counsel. Mr. Johnson recently substituted into the case and needs additional time to prepare. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).

It is further stipulated that the period from the date of this stipulation through and including August 10, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

STIPULATION AND ORDER - 1 -

The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: June 12, 2012

By: /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
JUAN ALVAREZ

DATED: June 12, 2012

BENJAMIN WAGNER
United States Attorney

By: /s/ Thomas A. Johnson for
MICHAEL M. BECKWITH
Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the June 15, 2012, Status Conference be continued to August 10, 2012, at 9:00 a.m. The court finds that the ends of justice warrant an exclusion of time and that the defendants' need for continuity and reasonable time for preparation exceeds the public interest in a speedy trial. THEREFORE, IT IS FURTHER ORDERED that time be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**Date: 6/13/2012**

GARLAND E. BURRELL, JR.
United States District Judge