THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Juan Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00188-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| JUAN GABRIEL ALVAREZ, et al., Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for September 14, 2012 at 9:00 a.m. is continued to October 19, 2012 at 9:00 a.m. in the same courtroom. Michael M. Beckwith, Assistant United States Attorney, Thomas A. Johnson, attorney for Juan Alvarez, and Toni Carbone, attorney for Sychanh Chanthaboury, are requesting a continuance in order to continue review of discovery and for preparation of counsel. Mr. Johnson recently substituted into the case and needs additional time to prepare. Additionally, Mr. Beckwith is currently in trial before the Honorable William B. Shubb. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).

It is further stipulated that the period from the date of this stipulation through and including October 19, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18

STIPULATION AND ORDER     - 1 -

U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  September 10, 2012     By:  /s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for Defendant
                                    JUAN ALVAREZ

DATED:  September 10, 2012     By:  /s/ Thomas A. Johnson for
                                    TONI CARBONE
                                    Attorney for Defendant
                                    SYCHANH CHANTHABOURY

DATED:  September 10, 2012          BENJAMIN WAGNER
                                    United States Attorney

                               By:  /s/ Thomas A. Johnson for
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

## ORDER

  IT IS HEREBY ORDERED that the September 14, 2012, Status Conference be continued to October 19, 2012, at 9:00 a.m.  The court finds that the ends of justice warrant an exclusion of time and that the defendants' need for continuity and reasonable time for preparation exceeds the public interest in a speedy trial.  THEREFORE, IT IS FURTHER ORDERED that time be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

Dated: 9/12/12

                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge